IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANTHONY D. LAMAR
ADC #120479                                                                                              PETITIONER

VS.                                          5:05CV00166 JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                       RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that the Petition for Habeas Corpus under 28 U.S.C. § 2254 (docket entry #2) is DENIED, and this case DISMISSED, WITH PREJUDICE.

Dated this 3rd day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE